CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCPB)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **WILLIAM W. NASH,** *Defendant,* and **BANK OF AMERICA, and its successors or assigns,** *Garnishee.* | **Hon. Joseph A. Greenaway, Jr.** **CRIMINAL No. 03-208** **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, William W. Nash, social security number *******6189, whose last known address is Madison, NJ 07940 in the above cited action in the amount of $531,631.00, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of April 23, 2008 is $1,208,282.96.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from April 23, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which William W. Nash has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, William W. Nash.

The name and address of the Garnishee or his authorized agent is:

> Bank of America
> 5701 Horatio Street
> Utica, NY 13502
> Attn: Mailstop NY75010207

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

>                                    CHRISTOPHER J. CHRISTIE
>                                    United States Attorney
>
> By:     LEAH A. BYNON
>         Assistant U.S. Attorney

IT IS, on this 15th day of May, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

> HON. JOSEPH A. GREENAWAY, JR. JUDGE
> UNITED STATES DISTRICT COURT