CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
(973) 645-2736
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>WILLIAM W. NASH,<br><br>*Defendant,*<br><br>and<br><br>UBS PAINE WEBBER,<br><br>*Garnishee.* | Hon. Joseph A. Greenaway, Jr.<br><br>Criminal No. 03-208<br><br>**ORDER** |

This matter having been opened to the Court by the United States Attorney for the

District of New Jersey, on behalf of plaintiff United States of America, and for good cause

shown,

IT IS on this 28th day of October , 2008

ORDERED that the Application and Order for Writ of Garnishment in this matter is

hereby WITHDRAWN.

HON. JOSEPH A. GREENAWAY, JR.
JUDGE, U.S. DISTRICT COURT