UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: Cr. 03-208-01 |
| v. | O R D E R |
| WILLIAM W. NASH, SR. | |

The defendant has filed a letter application requesting an early termination of supervised release,

It is on the day 4th of DECEMBER, 2008

ORDERED that defendant's letter application for early termination of supervised release is denied.

_____
JOSEPH A. GREENAWAY, JR. U.S.D.J.