PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Nash                                           Cr.: 03-00208-001
                                                                          PACTS #: 33826

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 12/19/05

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 366 days imprisonment, 36 month supervised release

Type of Supervision: Supervised Release                   Date Supervision Commenced: 12/06/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgement. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's Office has been informed of expiration and instructed to continue collecting payments.

Respectfully submitted,

By: Leslie Vargas
U.S. Probation Officer
Date: 10/02/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10-15-09
Date